FILED
DEC 1 8 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  **4:13CR528 HEA/TIA** |
| BRIAN CARL THORNTON, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown, but including October 1, 2013 and continuing thereafter to October 18, 2013, with the exact dates unknown to this Grand Jury, within the Eastern District of Missouri,

**BRIAN CARL THORNTON,**

the Defendant herein, did knowingly and intentionally obtain possession of a controlled substance, that being Hydrocodone, by subterfuge in violation of Title 21, United States Code, Section 843(a)(3) and punishable under Title 21, United States Code, Section 843(d)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Stephen Casey, #58879MO
Assistant United States Attorney